Iroquois Pipe Products Supply Co., Inc., Respondent, v. New York Central Railroad Company, Appellant, et al., Defendants.— Order modified by directing that the plaintiff furnish the particulars called for in item "Eighth" of the demand for a bill of particulars, within ten days after service of a copy of the order herein, and as modified affirmed, without costs of this appeal to any party. All concur. (The order denies a motion of defendant New York Central Railroad Company to compel plaintiff to serve an additional bill of

particulars or be precluded from giving certain testimony in an action for damages in transit to machinery shipped by plaintiff.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.